UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26CR00416 AGF SPM |
| | ) | |
| JEREMIAH WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Sila Karacal, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

Rebuttable Presumption

1. Defendant is charged with Production of Child Pornography, in violation of Title 18, United States Code, Section 2251, and Transportation of a Minor, in violation of Title 18, United States Code, Section 24239(a). These charges carry a rebuttable legal presumption, under Title 18, United States Code, Section 3142(e)(3)(E), that no conditions of release will reasonably assure Defendant's appearance and the safety of the community.

The Nature and Circumstances of the Offense

2. Pursuant to Title 18, United States Code, Section 3142(g)(1), the nature and circumstances of the offense warrant detention. Defendant befriended numerous minor females online while misrepresenting his age. Defendant would then send Ubers to the minor victims, including across state lines, have the minor victims transported back to his residence in Arnold, Missouri. Once back at his residence defendant would provide the minor victims alcohol and engage in sexually explicit conduct with the minor victims while recording them.

The Weight of the Evidence

3. Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of the evidence supports pre-trial detention. Defendant has admitted the offense. Additionally, digital forensic evidence was recovered that supports the offenses.

Danger to the Community

4. Pursuant to Title 18, United States Code, Section 3142(g)(4), Defendant should be detained pending trial, due to the danger he poses to the community. At the time these offenses were committed Defendant was on electronic location monitoring as a condition of his pretrial release in the Circuit Court of St. Louis County for offenses with a sexual element.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ Sila Karacal
Sila Karacal #64507MO
Assistant United States Attorney